UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| BUZZBALLZ, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>MPL BRANDS NV, INC,<br><br>    Defendant. | Case No.  25-mc-80351-EKL   (RMI)<br><br>**ORDER ON MOTION TO QUASH**<br><br>Re: Dkt. No. 1 |

Upon consideration of the Motion to Quash (dkt. 1), it is ORDERED that the Motion is DENIED. Defendant MPL Brands NV, INC. d/b/a Patco Brands ("Patco") has made previous attempts to access these documents through non-party Sazerac and through Buzzballz. Those previous attempts have been limited by the undersigned based in part on Buzzballz's representations that Sazerac's acquisition of Buzzballz was merely a stock sale and that Sazerac was an uninterested third party. After some discovery however, and as the presiding judge recently noted, that is not how things are bearing out.

The court finds that the information requested is relevant to the claims in the related matter and non-duplicative of the requests made to Buzzballz and shall be produced forthwith. Sazerac has raised concerns that the protective order in place in the related matter is not sufficient. The parties are instructed to meet and confer on issue and enter into an agreement such that that the production can be made in a sufficiently protected manner.

**IT IS SO ORDERED.**

Dated: November 20, 2025

_____
ROBERT M. ILLMAN
United States Magistrate Judge